UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 3:06-CR-\_\_\_\_\_ |
| | : | 18 U.S.C. § 1001 |
| v. | : | (false statements) |
| | : | |
| FREDERICK KELLY | : | |

I N F O R M A T I O N

The United States Attorney charges that:

COUNT ONE

On or about August 19, 2005, in the District of Connecticut, defendant, FREDERICK F. KELLY, in a matter within the jurisdiction of the United States Department of Transportation ("DOT") and the Federal Bureau of Investigation ("FBI"), both agencies of the executive branch of the Government of the United States, did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation, in that the defendant told a special agent of the FBI who was then investigating the renovation of offices of the Connecticut Department of Transportation at Union Station in New Haven, Connecticut, that he had not received any payment or anything of value for having prepared false bids in connection with that renovation project, when in truth and in fact, as the defendant there and then well knew, the defendant had received a total of $3,000 from a state official, drawn on the bank account of a contractor performing the renovation project, for the defendant's having prepared those false bids.

All in violation of Title 18, United States Code § 1001.

        UNITED STATES OF AMERICA

        KEVIN J. O'CONNOR
        UNITED STATES ATTORNEY


        PETER S. JONGBLOED
        ASSISTANT U.S. ATTORNEY
        CHIEF, CRIMINAL DIVISION


        WILLIAM J. NARDINI
        ASSISTANT UNITED STATES ATTORNEY