# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | 3:06 CR 198 (CFD) |
| | : | |
| FREDERICK KELLY, | : | |
| Defendant. | : | |

## ORDER OF TRANSFER

In the interest of justice, the above-captioned case is hereby transferred to the Honorable Mark R. Kravitz, United States District Judge, who sits in New Haven, Connecticut. All further pleadings or documents in this matter should be filed with the Clerk's Office in New Haven, Connecticut and bear the docket number 3:06 CR _____ (MRK). Pleadings or documents related to this action and filed in any other seat of court will be refused at the Clerk's Office and returned to you unfiled. See Local Rule 3(a), (formerly Local Rule 7(a)).

It is **SO ORDERED**.

Dated at Hartford, Connecticut, this 20th day of June 2006.

CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE