UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIM NO. 3:06cr198(MRK) |
| Vs. | |
| FREDERICK KELLY | JANUARY 29, 2007 |

### DEFENDANT'S SENTENCING MEMORANDUM

I.   INTRODUCTION

Defendant Frederick Kelly submits this sentencing memorandum to assist the Court at the scheduled sentencing on February 1, 2007. He pled guilty on July 5, 2006 to Making False Statements in violation of 18 U.S.C. 1001. There is no mandatory minimum sentence.

II.   FACTS

The Defendant's Guideline Range as computed by the Probation Office would place him at 0-6 months, based upon an offense level of 4 and a criminal history level I. Mr. Kelly is eligible for probation. The fine range is $250 to $5,000.

Additionally, the Government has moved for a Sec. 5K1.1 downward departure based upon his substantial assistance (filed under seal). The government has requested that the extent of his cooperation be discussed with the Court *in camera*.

Generally, this defendant had several proffer and debriefing sessions with government authorities and according to the Government "provided useful information about criminal wrongdoing at the Connecticut Department of Transportation. Because of this defendant's cooperation, a major defendant in this case, Ray Cox, pleaded guilty to

1

stealing state funds. He was on hand in court when Mr. Cox was sentenced in the event his testimony would be needed. He was prepared to testify but was not called.

From the beginning of this investigation, Mr. Kelly has been remorseful about his role in this bid scheme and cooperated immediately, even offering evidence against himself that the government did not have. He is a family man with no criminal history and this episode is completely out of character for him. His involvement in this matter was based upon an ill-advised attempt to do a favor for a friend in the construction business. That favor will haunt him the rest of his life. He really had no criminal intent but should have known better.

### III.   CONCLUSION

The Government has requested that the Court impose a sentence "below the defendant's applicable Guideline range", and the Defendant agrees. Probation is an appropriate sentence for this defendant.

Considering that he lost his job because of this incident and is struggling with a newborn child, the Defendant would ask that a minimal fine be imposed.

RESPECTFULLY SUBMITTED,

THE DEFENDANT

_____
BY JONATHAN J. EINHORN
HIS ATTORNEY
412 ORANGE STREET
NEW HAVEN, CT. 06511
203-777-3777
Federal Bar No. 00163
Jnhorn@Aol.com

## CERTIFICATION

    I hereby certify that a copy of this Sentencing Memorandum was faxed on January 30, 2006, to:

        WILLIAM J. NARDINI
        Asst. United states Attorney
        157 Church Street
        New Haven, CT. 06511

and       JULMARIE J.EGAN
        United States Probation Officer
        157 Church Street
        New Haven, CT. 06511

                        _____
                        JONATHAN J. EINHORN